IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEODORO SEVERIANO ALCARAZ,

    Petitioner,                    No. CIV S-05-1597 LKK PAN P

    vs.

G. J. GIURBINO, Warden,

    Respondent.              ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 5, 2006, this court issued findings and recommendations recommending that respondent's motion to dismiss be granted and this action be dismissed as barred by the statute of limitations.  On May 30, 2006, petitioner filed objections to the findings and recommendations asserting for the first time that he is entitled to equitable tolling of the limitation period.

/////

/////

/////

/////

/////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent is granted fifteen days from the date of this order to respond to petitioner's contention that he is entitled to equitable tolling of the limitation period; and

2. Petitioner is granted ten days thereafter in which to file a reply.

DATED: June 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
alca1597.fb