IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEODORO SEVERIANO ALCARAZ,

    Petitioner,                        No. 2:05-cv-1597 LKK KJN P

    vs.

G.J. GIURBINO,

    Respondent.                     <u>ORDER</u>

_____/

        Petitioner listed his entire social security number in his application for a certificate of appealability dated May 5, 2010. Pursuant to E.D. Cal. Local Rule 140(a), all but the last four numbers of a social security number shall be omitted from filings.

        Accordingly, the court directs the Clerk of Court to redact the first five numbers of petitioner's social security number and include only the last for numbers in the following document: Dkt. No. 52 at 4:26.

        IT IS SO ORDERED.

        DATED: June 2, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT